UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARRY BEST, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-02549-TWP-MJD |
| | ) | |
| CORIZON HEALTH, INC., | ) | |
| *et al.* | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JUNE 20, 2018**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

The matter is also before the Court on Plaintiff's motion for leave to exceed the ten deposition limit set forth in Fed. R. Civ. P. 30(a)(2)(A)(i) in order to take the deposition of Aleycia McCullough. [Dkt. 131.] The Court finds that Plaintiff has sufficiently demonstrated the need to exceed ten depositions and that Defendants' objections thereto are not well taken. Accordingly, Plaintiff's motion [Dkt. 131] is **GRANTED** and Plaintiff is authorized to take the deposition of Aleycia McCullough and the parties are directed to cooperate so as to schedule that deposition for completion prior to the close of liability discovery in this matter.

SO ORDERED.

Dated: 20 JUN 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.