UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY BEST, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.:  1:16-cv-02549-TWP-MJD |
| | ) |
| CORIZON HEALTH, INC., | ) Judge Tanya Walton Pratt |
| PAUL A. TALBOT, M.D., | ) |
| DUSHAN ZATECKY, JOHN HURT, | ) Magistrate Judge Mark J. Dinsmore |
| JOHN SAFFORD, OFFICER | ) |
| DUNCAN, KING, STATE OF INDIANA, | ) |
| INDIANA DEPARTMENT OF | ) |
| CORRECTIONS, OFFICER PETERSON, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW APPEARANCE**

Comes now, Jeb A. Crandall of the law firm of Bleeke Dillon Crandall, P.C., and hereby moves to withdraw Britney J. McMahan's Appearance on behalf of Defendants Corizon Health, Inc., and Paul A. Talbot, M.D, because she no longer works at this firm.  Jeb A. Crandall and Christopher Andrew Farrington from Bleeke Dillon Crandall, P.C. will remain as counsel of record for Defendants Corizon Health, Inc., and Paul A. Talbot, M.D.

    Respectfully submitted,

    /s/ Jeb A. Crandall
    Jeb A. Crandall, #26323-49
    One of the Attorneys for Corizon Health,
    Inc., and Paul A. Talbot, M.D.,

Jeb A. Crandall
Christopher Andrew Farrington
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365

(317) 567-2222
Fax:  (317) 567-2220
jeb@bleekedilloncrandall.com
drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Bessie M Davis
Law Office of Bessie M. Davis, LLC
26 East 15th Avenue
Gary, IN 46407
219-883-2082
Fax: 219-883-0929
Email: legal2615@yahoo.com
*Plaintiff's counsel*

Jonathan P. Nagy
David C. Dickmeyer
Office of IN Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6291
Fax: (317) 232-7979
jonathan.nagy@atg.in.gov
david.dickmeyer@atg.in.gov
*Counsel for Defendants, State of Indiana, IDOC,*
*Dushan Zatecky, John Safford, Jeffrey*
*King, Blaine Hurt, Walter Personson and Herbert Duncan*

/s/ Jeb A. Crandall_____