UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY BEST, JR., | ) |
|    Plaintiff, | ) ) ) |
| v. | ) Cause No.:  1:16-cv-02549-TWP-MJD ) |
| CORIZON HEALTH, INC., | ) Judge Tanya Walton Pratt |
| PAUL A. TALBOT, M.D., | ) |
| DUSHAN ZATECKY, JOHN HURT, | ) Magistrate Judge Mark J. Dinsmore |
| JOHN SAFFORD, OFFICER | ) |
| DUNCAN, KING, STATE OF INDIANA, | ) |
| INDIANA DEPARTMENT OF | ) |
| CORRECTIONS, OFFICER PETERSON, | ) |
| | ) |
|    Defendants. | ) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Jeb A. Crandall of Bleeke Dillon Crandall, having filed her Motion to Withdraw Britney J. McMahan's Appearance; And the Court, having examined the Motion and being duly advised now GRANTS said Motion.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the appearance of Britney J. McMahan is now withdrawn.

SO ORDERED

Date: 6/25/2018

                                                                                              */s/ Tanya Walton Pratt*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF