**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **LARRY BEST, Jr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:16-cv-2549-TWP-MJD** |
| | ) | |
| **STATE OF INDIANA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STATE DEFENDANTS' FINAL EXHIBIT LIST**

State Defendants, the Indiana Department of Correction, Blaine Hurt, John Safford, Herbert Duncan, Walter Peterson, and Jeffrey King, by counsel, hereby submit their final exhibit list.

**State defendants' final exhibits are:**

1. All documents related to plaintiff's housing history within the Pendleton Correctional Facility, as relating to Best's placement in either administrative or disciplinary segregation, and in general population.

2. Best's interrogatory answers;

3. IDOC conduct summaries and disciplinary documents of offenders Deb Sipe and Jeremiah Farmer;

4. Larry Best's summary judgment affidavit/declaration.

5. All incident reports, written statements, communication or other documents related to the underlying incident at issue in plaintiff's complaint, other than those specifically listed in (6), below;

6. All depositions and deposition exhibits taken in this case, including and especially exhibits nos. 16 and 17 to the deposition of Hubert Duncan; exhibits nos. 5, 13, 14, and 16 to the deposition of Walter Peterson; exhibit no.8 to the deposition of Blaine Hurt; exhibits nos. 5 and 6 to the deposition of Jeffrey Ballinger; and exhibits nos. 1-4 to the deposition of John Safford.

7. Plaintiff's medical records concerning the injuries he suffered in the August 7, 2015 assault and any follow-up medical care he received;

8. Any statements taken of the parties in this case or witnesses to the underlying incident;

9. Exhibits identified by plaintiff and the former medical co-defendants in this lawsuit;

10. All documents produced through requests for production of documents by the parties;

11. Any and all responses to discovery requests by any party; and

12. Any and all documents needed for impeachment and/or rebuttal purposes.

State defendants will supplement this exhibit list as being a final exhibit list on February 27, 2019, in accordance with this Court's Case Management Plan.

Respectfully Submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Atty. No. 13999-20

By:     s/ Jonathan P. Nagy
        Jonathan P. Nagy
        Deputy Attorney General
        Attorney No. 20975-49
        OFFICE OF THE ATTORNEY GENERAL
        302 W. Washington St., 5th Floor
        Indianapolis, IN   46204
        Phone:  (317) 233-8296
        FAX:    (317) 232-7979
        Email:   Jonathan.Nagy@atg.in.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018 I electronically filed the foregoing *Defendants'*

*Final Exhibit List* with the Clerk of the Court using the CM/ECF system.

Bessie M Davis
Law Office of Bessie M. Davis, LLC
26 East 15th Avenue
Gary, IN 46407
219-883-2082
Fax: 219-883-0929
Email: legal2615@yahoo.com
Plaintiff's counsel

*s/ Jonathan P. Nagy*
Jonathan P. Nagy
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone:  (317) 233-8296
FAX:     (317) 232-7979
Email:   Jonathan.Nagy@atg.in.gov